UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHELE COX,<br><br>        Plaintiff,<br><br>-against-<br><br>SING SING CORRECTIONAL FACILITY;<br>WESTCHESTER COUNTY,<br><br>        Defendants. | 1:19-CV-9249 (CM)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued February 14, 2020, dismissing this action for failure to state a claim on which relief may be granted,

IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed for failure to state a claim on which relief may be granted. 28 U.S.C. § 1915(e)(2)(B)(ii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: February 14, 2020
    New York, New York

                   COLLEEN McMAHON
                   Chief United States District Judge